```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
Denise Labus,                        :
                                     :
                    Plaintiff,       :
             v.                      :    05 Civ. 1909 (BSJ)
                                     :
                                     :       Order
Oxford Health Plans,                 :
                                     :
                    Defendant.       :
------------------------------------x
```

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

    On January 13, 2006, Magistrate Judge Maas moved this case from the Court's active calendar to its suspense calendar. On November 18, 2008, the Court directed the parties to advise the Court of the status of this case on or before November 26, 2008. The Court has yet to hear from either party. In that light, the Court will dismiss this action unless it receives any objection to dismissal on or before March 30, 2009.

SO ORDERED:

                                            BARBARA S. JONES
                                            UNITED STATES DISTRICT JUDGE

Dated:    New York, New York
              March 13, 2009

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/13/09